UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ELPIDIO ENRIQUEZ, Defendant. | Case No.: 17-cr-3293-CAB **ORDER GRANTING MOTION TO REDUCE SENTENCE** **[Doc. No. 85]** |

On July 7, 2026, defendant Elipido Enriquez filed a motion for sentence reduction pursuant to 18 U.S.C § 3582(c)(1)(A). [Doc. No. 85.] On July 22, 2026, Plaintiff United States of America filed a Notice of Non-Opposition to Defendant's Motion for Sentence Reduction. [Doc. No. 88.] The matter has been fully briefed and the motion is suitable for determination on the papers.

**I. LEGAL STANDARD**

A court may modify or reduce the defendant's term of imprisonment after considering the factors set forth in 18 U.S.C. § 3553(a), if the court finds that "extraordinary and compelling reasons" justify the reduction and that "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). Defendant requests early release due to his age and serious deteriorating health. As the movant, the defendant bears the burden to establish that he is

eligible for a sentence reduction. *United States v. Varnado,* 2020 WL 2512204, at *1 (S.D. Cal. May 15, 2020); *United States v. Holden*, 2020 WL 1673440, at *3 (D. Or. April 6, 2020).

## II. CASE BACKGROUND

The Defendant was sentenced on July 16, 2018, to 180 months of custody for possession of cocaine with intent to distribute on board a vessel in violation of 46 U.S.C. § 70503. [Doc. No. 57.] The defendant has served approximately 124 months in custody, about 70% of his term.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Defendant has satisfied the administrative requirements under 18 U.S.C. §3582(c)(1)(A). [Doc. Nos. 85, 88.]

## IV. COMPASSIONATE RELEASE CONSIDERATIONS

Pursuit to § 3582(c)(1)(A), the court may reduce a sentence for "extraordinary and compelling reasons" if the reduction is consistent with the factors set forth in § 3553(a). For the reasons articulated in the defendant's motion and in consideration of the government's non-opposition to the defendant's request, the Court finds the defendant's age and health condition establish "extraordinary and compelling" circumstances to justify the requested sentence reduction.

Defendant has also satisfactorily shown that he is not a danger to the safety or any other person or to the community under 18 U.S.C. § 3142(g). [Doc. No. 88.] Further he is subject to removal to his home country upon release.

Defendant has shown, and the government agrees, that the sentencing factors under 18 U.S.C. §3553(a) have largely been accomplished at this time. Defendant has already spent over a decade in prison. The time served reflects the seriousness of the offense, promotes respect for the law, provides just punishment, and affords adequate general and specific deterrence. In addition, it has protected the public, and Defendant has shown he is not a danger to the public.

## V. CONCLUSION

For the reasons set forth in the Defendant's motion regarding his current health conditions, age, and in consideration of all the relevant factors discussed above, Defendant's motion to reduce his sentence to time served is **GRANTED.**

As the defendant is subject to deportation, the Court further amends the judgment to reduce his term of supervised release to one year with all conditions set at the sentencing to remain the same. Within 72 hours of being released from custody, Defendant shall contact the U.S. Probation Office to receive further instructions pertaining to the necessary preparations for Defendant's supervised release.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge